IN THE CIRCUIT COURT FOR THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR CHARLOTTE COUNTY, FLORIDA
CIVIL DIVISION

**MICHAEL ZEIGLER**,
    Plaintiff,

v.                                                                          CASE NO:

**GEOVERA SPECIALTY INSURANCE COMPANY**,
    Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiff, **MICHAEL ZEIGLER** (hereinafter "Plaintiff"), by and through the undersigned attorney, hereby files this Complaint against the Defendant, **GEOVERA SPECIALTY INSURANCE COMPANY** (hereinafter "Defendant"), and as grounds therefore, state as follows:

### General Allegations

1. At all times relevant hereto, the Plaintiff is a resident of the State of Florida, residing in Charlotte County.

2. At all times relevant hereto, Defendant is an insurance company organized and existing under the laws of the State of Florida and doing business specifically in Charlotte County with Plaintiff.

3. The amount in controversy in this action is greater than Fifty Thousand Dollars ($50,000.00) exclusive of pre-judgment interest, court costs, and attorney's fees.

### Count I-Breach of Contract

4. Plaintiff re-alleges each and every allegation set forth in Paragraphs 1 through 3 above, as if fully set forth herein.

5. This is an action for damages for breach of insurance contract against Defendant.

6. In consideration of the premium paid to it, Defendant issued to Plaintiff a contract of insurance, Policy Number **GH70028425**, which was in full force and effect at the time of the loss and damage at the insured premises at **3264 Beacon Drive, Port Charlotte, Florida 33980**

(hereinafter "Insured Property"). Attached hereto as **Exhibit "A"** is what Plaintiff believe to be a correct and complete copy of the policy which underlies this action.

7. During the effective period of the insurance policy, the Insured Property suffered direct physical damage and loss caused by wind created breach of building envelope and ensuing water and mold losses – perils for which the policy of insurance issued by Defendant provides coverage.

8. The sudden and unexpected loss caused Plaintiff to sustain loss to the covered structure and its roof as well as the interior of the Insured Property.

9. The sudden and unexpected loss caused Plaintiff to incur additional expenses and will continue to cause expenses and loss.

10. Plaintiff has made a timely claim for the damage and loss. Defendant assigned Claim Number **2224257040**.

11. Plaintiff has requested that Defendant pay for damages, but Defendant has failed and refused and continues to refuse to fully pay.

12. The Plaintiff has done and performed all those matters and things properly required under the insurance policy or, alternatively, have been excused from performance by the acts and/or omissions of Defendant.

13. Notwithstanding the foregoing, Defendant has failed or refused to provide full coverage under the insurance policy and has failed to pay promptly the full amounts due and has thereby breached the contract of insurance.

14. As a direct result of Defendant's breach of insurance contract, Plaintiff has been financially damaged and continue to suffer damage and loss.

15. As a result of Defendant's breach of the insurance contract, it has become necessary for Plaintiff to incur and become obligated for attorney's fees and costs in connection with the prosecution of this action. Plaintiff is entitled to have Defendant pay said fees and costs owed under Florida law.

## Count II-Breach of Contract

16. Plaintiff re-alleges each and every allegation set forth in Paragraphs 1 through 3 above, as if fully set forth herein.

17. This is an action for damages for breach of insurance contract against Defendant.

18. In consideration of the premium paid to it, Defendant issued to Plaintiff a contract of insurance, Policy Number **GH70028425**, which was in full force and effect at the time of the loss and damage at the insured premises at **3264 Beacon Drive, Port Charlotte, Florida 33980** (hereinafter "Insured Property"). Attached hereto as **Exhibit "A"** is what Plaintiff believes to be a correct and complete copy of the policy which underlies this action.

19. During the effective period of the insurance policy, the Insured Property suffered direct physical damage and loss caused by Hurricane Ian – a peril for which the policy of insurance issued by Defendant provides coverage.

20. The sudden and unexpected loss caused Plaintiff to sustain loss to the covered structure and its roof as well as the interior of the Insured Property.

21. The sudden and unexpected loss caused Plaintiff to incur additional expenses and will continue to cause expenses and loss.

22. Plaintiff has made a timely claim for the damage and loss. Defendant assigned Claim Number **2224257583**.

23. Plaintiff has requested that Defendant pay for damages, but Defendant has failed and refused and continues to refuse to fully pay.

24. The Plaintiff has done and performed all those matters and things properly required under the insurance policy or, alternatively, have been excused from performance by the acts and/or omissions of Defendant.

25. Notwithstanding the foregoing, Defendant has failed or refused to provide full coverage under the insurance policy and has failed to promptly pay the full amounts due and has thereby breached the contract of insurance.

26. As a direct result of Defendant's breach of insurance contract, Plaintiff has been financially damaged and continue to suffer damage and loss.

27. As a result of Defendant's breach of the insurance contract, it has become necessary for Plaintiff to incur and become obligated for attorney's fees and costs in connection with the prosecution of this action. Plaintiff is entitled to have Defendant pay said fees and costs owed under Florida law.

**WHEREFORE**, the Plaintiff prays this Court enter judgment in Plaintiff's favor and against Defendant for damages including actual and compensatory damages, pre-judgment interest, costs of this action, attorney's fees, and such other and further relief as this Court may deem appropriate.

### JURY TRIAL DEMANDED

Plaintiff requests a trial by jury on all issues so triable.

Dated: March 20, 2024

Respectfully submitted,

KRAPF LEGAL, P.A.

/s/ Grant W. Krapf, Esq.
GRANT W. KRAPF, ESQ.
FBN: 072058/SPN: 01287297
MATTHEW R. GROOM, ESQ.
FBN: 106373
2790 Sunset Point Road
Clearwater, FL 33759
Telephone: (727) 777-7450
E-mail for service: assist@krapflegal.com
*Counsel for Plaintiff(s)*