UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL ZEIGLER

    Plaintiff,

CASE NO.: 2:24-cv-358-JES-KCD

vs.

GEOVERA SPECIALTY INSURANCE COMPANY,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, MICHAEL ZEIGLER and Defendant, GEOVERA SPECIALTY INSURANCE COMPANY ("GeoVera"), by and through their respective undersigned counsel, and pursuant to Local Rule 3.09(a), hereby gives notice that Plaintiff and GeoVera have reached an agreement for the resolution of all issues in this matter and are in the process of finalizing settlement documents. The parties respectfully request sixty (60) days to finalize the settlement documents and file the proper pleadings to close this matter out.

Submitted: April 9, 2025.

| | |
|---|---|
| *s/ Jessica Fletcher* | *s/Taylor R. Bowman* |
| Jessica Fletcher, Esquire | Taylor R. Bowman, Esquire |
| Florida Bar No. 1015523 | Florida Bar No. 117627 |
| KRAPF LEGAL, P.A. | HINSHAW & CULBERTSON LLP |
| *Counsel for Plaintiff* | *Attorney for Plaintiff* |