```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

MICHAEL ZEIGLER,

    Plaintiff,

v.                              Case No:  2:24-cv-358-JES-KCD

GEOVERA SPECIALTY INSURANCE
COMPANY,

    Defendant.

_____

## ORDER

This matter comes before the Court on the parties' Joint Stipulation for Dismissal With Prejudice (Doc. #31) filed on May 16, 2025.  The parties have agreed to the dismissal of this case in its entirety without conditions.  A case is deemed dismissed upon the filing of such a stipulation. <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this __16th__ day of May 2025.

                                                          JOHN E. STEELE
                                                          SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record